# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

135453-5

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BARBARA LYNN SALT, Personal Representative
of the ESTATE OF ALYSHA LYNN SALT, Deceased,
      Plaintiff-Appellee,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
THE PIXIE, INC., d/b/a BENNIGAN'S,
and QUALITY DAIRY COMPANY,
      Defendants,

and

RONALD SHEELE ENTERPRISE, LLC, d/b/a
MASON JAR PUB & GRUB,
      Defendant-Appellant.

SC: 135453
COA: 277434
Ingham CC: 05-000060-NS

_____

JOSEPH BOLANOWSKI, Personal Representative
of the ESTATE OF ROBERT M. BOLANOWSKI,
BRENDA J. BOLANOWSKI, and TERRANCE
D. HALL,
      Plaintiffs-Appellees,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
QUALITY DAIRY COMPANY, and THE SWEET
ONION, INC., d/b/a BENNIGAN'S,
      Defendants,

and

RONALD SHEELE ENTERPRISE, LLC, d/b/a
MASON JAR PUB & GRUB,
      Defendant-Appellant.

SC: 135454
COA: 277435
Ingham CC: 05-000161-NI

_____

STEPHEN ANCONA,
        Plaintiff-Appellee,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
QUALITY DAIRY COMPANY, and THE SWEET
ONION, INC., d/b/a BENNIGAN'S,
        Defendants,

and

RONALD SHEELE ENTERPRISE, LLC, d/b/a
MASON JAR PUB & GRUB,
        Defendant-Appellant.
_____/

SC: 135455
COA: 277436
Ingham CC: 05-000267-NI

On order of the Court, the application for leave to appeal the November 2, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

CAVANAGH and KELLY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

_____
Clerk

s0528